IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00669-EWN-MJW

MARK KOHUT,

Plaintiff(s),

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, et al.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Stipulated Motion to Vacate and Reschedule Preliminary Pretrial Conference (docket no. 22) is GRANTED finding good cause shown. The Preliminary Pretrial Conference set on September 23, 2008, at 9:00 a.m. is VACATED and RESET to November 13, 2008, at 9:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.
The parties shall file their proposed Preliminary Pretrial Order with the court five (5) days prior to the Preliminary Pretrial Conference.

Date: September 23, 2008