UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-00669-CMA-MJW

MARK KOHUT,

Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a Connecticut insurance company, and
GROUP SHORT TERM DISABILITY, LONG TERM DISABILITY AND LIFE PLAN FOR EMPLOYEES OF KJ ENTERPRISES, an ERISA welfare benefit plan,

Defendants.

---

### ORDER RE: STIPULATED MOTION TO VACATE AND RESCHEDULE PRELIMINARY PRETRIAL CONFERENCE (Docket No. 33)

---

THIS MATTER comes before the Court on the parties' Stipulated Motion to Vacate and Preliminary Pretrial Conference. The Court, having reviewed the Motion and being fully advised in the premises,

ORDERS that the Motion is **granted**. The Preliminary Pretrial Conference scheduled for November 13, ~~September 23~~, 2008 is hereby vacated. A status Conference is set before Magistrate Judge Watanabe on January 23, 2009 @ 10:00 a.m. (Rm A-502)

Dated this 6th day of November, 2008.

BY THE COURT:

_/s/ Michael J. Watanabe_
~~United States District~~ Judge

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**