IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00669-CMA-MJW

MARK KOHUT,

Plaintiff(s),

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, et al

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Vacate January 23, 2009 Status Conference (Docket No. 44) is granted, and thus the status conference set for January 23, 2009, at 10:00 a.m. is vacated.

Date: January 21, 2009