IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00669-CMA-MJW

MARK KOHUT,

Plaintiff(s),

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, et al

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Plaintiff's Unopposed Motion to Vacate Scheduling Conference in Light of Settlement (docket no. 47) is GRANTED finding good cause shown. The Rule 16 Scheduling Conference set before Magistrate Judge Watanabe on February 4, 2009, at 9:30 a.m. is VACATED.

     It is FURTHER ORDERED that the parties shall file with this court their stipulated motion for dismissal on or before February 11, 2009, or show cause why this case should not be dismissed.

Date: January 28, 2009